IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY LAPARELE CLARK,<br><br>Defendant. | 8:21CR245<br><br>ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before the Court on August 1, 2022 regarding Petition for Action on Conditions of Pretrial Release [91]. Richard McGowan represented the defendant. Jody Mullis represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (k). The government requests an order of revocation and detention on flight and danger. The defendant requested a continuance which was granted. A disposition and revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Wednesday, August 10, 2022 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated this 1st day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge